# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Orin Snyder
Direct: +1 212.351.2400
Fax: +1 212.351.6335
OSnyder@gibsondunn.com

November 27, 2018

VIA ECF

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY  10007

Re:    Blink Health Ltd., et ano. v. MedImpact Healthcare Systems, Inc., et al., 17 Civ. 8880
        (RA) (SN)

Dear Judge Abrams:

I am counsel to the Plaintiffs, Counterclaim Defendants, and Third-Party Defendant, and I write with the consent of all parties to advise Your Honor that the parties have reached an agreement in principle to settle all claims in this case, subject to documentation.  The parties are in the process of preparing the settlement papers.

Currently pending before Your Honor are the following motions:

1. Motion by Counterclaim Defendants and Third-Party Defendant to Dismiss the First Amended Counterclaim and First Amended Third-Party Complaint (Dkt. No. 90);

2. Motion by Defendants to Dismiss the Second Amended Complaint (Dkt No. 94); and

3. Motion by Defendant Frederick Howe to Dismiss the Second Amended Complaint (Dkt. No. 97).

In light of the settlement in principle, the parties respectfully request that Your Honor refrain from deciding the motions while the parties endeavor to finalize their settlement.  We will report back to Your Honor within 14 days as to whether we have done so.

**GIBSON DUNN**

Hon. Ronnie Abrams
November 27, 2018
Page 2


The parties appreciate Your Honor's understanding.

Respectfully,

*/s/Orin Snyder*

Orin Snyder


cc All Counsel of Record (via ECF)